UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RICARDO RENDON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 13-1636 |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OPINION

The Court has allowed the above-captioned action to be provisionally filed. Before the Court would consider the plaintiff's complaint and application to proceed *in forma pauperis*, the plaintiff was directed to submit a certified copy of his trust fund account statement (or institutional equivalent), including the supporting ledger sheets, for the six-month period immediately preceding the filing of this complaint, obtained from the appropriate official of each prison at which plaintiff is or was confined. 28 U.S.C. § 1915(a)(2). Although the plaintiff since has submitted a Motion for Declaratory Relief as Summary Judgment, to date he has not submitted the required financial information. Accordingly, the Court will deny his application to proceed *in forma pauperis* and will dismiss the complaint without prejudice.

An Order accompanies this Memorandum Opinion.

_____
United States District Judge

DATE: 3/5/14